UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MARISOL A., et al.,

                        Plaintiffs,                  **NOTICE OF APPEARANCE**

    - against -

                                                                       95-CV-10533(GBD)(KHP)

RUDOLPH GIULIANI, et al.,

                        Defendants.

------------------------------------------------------------X

        SAMANTHA L. BUCHALTER hereby enters her appearance as counsel for Sheila J. Poole, in her official capacity as Acting Commissioner of the New York State Office of Children and Family Services ("OCFS"), substituted for John Johnson, former Commissioner of OCFS, pursuant to Federal Rules of Civil Procedure Rule 25(d) ("State Defendant"), in the above-captioned action, and certifies that she is admitted to practice in this Court.

Dated:  New York, New York
           July 19, 2018

                                                          BARBARA D. UNDERWOOD
                                                          Attorney General of the State of New York
                                                          <u>Attorney for State Defendant</u>

                                   By:    _____
                                                  SAMANTHA L. BUCHALTER
                                                  Assistant Attorney General
                                                  28 Liberty Street
                                                  New York, New York 10005
                                                  Tel: (212) 416-6582
                                                  Fax: (212) 416-6009
                                                  Email: Samantha.Buchalter@ag.ny.gov

TO:    All Counsel of Record (via ECF)