UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
MARISOL A., et al.,

                Plaintiffs,

    -against-

RUDOLPH GIULIANI, et al.,

                Defendants,
-------------------------------------------------X

Index No.: 95-CV-10533(GBD)(KHP)

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Betsy Kramer, a member of good standing in this Court, hereby enters her appearance as counsel of record on behalf of Lawyers For Children Inc., attorney for Plaintiffs in this matter.

Dated:   New York, New York
           August 3, 2018

*Betsy Kramer* (signature)
Betsy Kramer
Lawyers For Children, Inc.
110 Lafayette Street, 8th floor
New York, NY 10013
Tel: (212) 966-6420
Fax: (212) 966-0531
BKramer@LawyersForChildren.org